UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

DEAN DAIGLE                              CIVIL ACTION NO. 06-2393

VERSUS                                   JUDGE MELANÇON

COMMISSIONER OF
SOCIAL SECURITY                          MAGISTRATE JUDGE HILL

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation.  No objections have been filed.  The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, **IT IS ORDERED, ADJUDGED AND DECREED** that the Commissioner's  previous administrative decision is **REVERSED** and this action is **REMANDED** to the Commissioner for further administrative action pursuant to the fourth sentence of 42 U.S.C. § 405(g).[1]  This includes, but does not limit, sending the case to the hearing level with instructions to the Administrative Law Judge to refer claimant for a consultative examination or obtain a report from a treating physician regarding his ability to work in light of his physical limitations and the side effects of his medications.  Claimant shall be afforded the opportunity to submit additional

---

[1] A fourth sentence remand constitutes a "final judgment" that triggers the filing period for an EAJA fee application.  *Shalala v. Schaeffer*, 509 U.S. 292, 113 S.Ct. 2625, 2631 (1993); *Freeman v. Shalala*, 2 F.3d 552 (5th Cir. 1993).

evidence and to testify at a supplemental hearing.

**THUS DONE AND SIGNED** this 28th day of January, 2008.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE